


**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLR: KAG

One Pierrepont Plaza
Brooklyn, New York 11201

Mailing Address: 147 Pierrepont Street
Brooklyn, New York 11201

**COURTESY COPY**

August 29, 2005

Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Granted
So ordered
s/John Gleeson

Re: *Aslanova et al. v. Kirban et al.*,
No. CV-05-4113 (Gleeson, J.; Go, M.J.)

Dear Judge Gleeson:

The Government respectfully requests a sixty-day extension of time, from September 2, 2005 to November 1, 2005, for the Government to answer, move or otherwise respond to this Federal Tort Claims Act action which was removed to this Court by the United States on August 26, 2005. This extension is requested because it appears that Plaintiffs have failed to exhaust their administrative remedies against the United States, as required by 28 U.S.C. § 2675. The undersigned will attempt to obtain a stipulation of dismissal without prejudice from Plaintiffs. Failing this, the United States anticipates filing a motion to dismiss.

The undersigned has attempted to contact Plaintiffs' attorney, Marina Trubitsky, Esq., to obtain her consent to this extension request, but has not been able to reach her. The undersigned has also attempted but been unable to reach a legal representative for co-Defendant Lutheran Family Health Centers. This is the Government's first request for an extension of time in this action.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney

By: KEISHA-ANN G. GRAY
Assistant U.S. Attorney
(718) 254-6020

cc:

<u>via certified mail return receipt</u>
Marina Trubitsky, Esq.
Marina Trubitsky & Associates, PLLC
Attorney for Plaintiffs
11 Broadway, Suite 861
New York, New York 10004

<u>via certified mail return receipt</u>
Ms. Debbie Brashaw/ Legal Department
Paralegal
Lutheran Family Health Centers
150 55th Street
Brooklyn, New York 11220