


U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SLR:KAG

BROOKLYN OFFICE
*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* 147 Pierrepont Street
*Brooklyn, New York 11201*

**COURTESY COPY**

D+F

★ SEPT 7 2005

August 29, 2005

Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Granted
So ordered
s/John Gleeson

RECEIVED
AUG 31 2005
CHAMBERS OF JUDGE GLEESON

Re: *Aslanova et al. v. Kirban et al.,*
No. CV-05-4113 (Gleeson, J; Go, M.J.)

USDJ
9/1/05

Dear Judge Gleeson:

The Government respectfully requests a sixty-day extension of time, from September 2, 2005 to November 1, 2005, for the Government to answer, move or otherwise respond to this Federal Tort Claims Act action which was removed to this Court by the United States on August 26, 2005. This extension is requested because it appears that Plaintiffs have failed to exhaust their administrative remedies against the United States, as required by 28 U.S.C. § 2675. The undersigned will attempt to obtain a stipulation of dismissal without prejudice from Plaintiffs. Failing this, the United States anticipates filing a motion to dismiss.

The undersigned has attempted to contact Plaintiffs' attorney, Marina Trubitsky, Esq., to obtain her consent to this extension request, but has not been able to reach her. The undersigned has also attempted but been unable to reach a legal representative for co-Defendant Lutheran Family Health Centers. This is the Government's first request for an extension of time in this action.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney

By: _____
KEISHA-ANN G. GRAY
Assistant U.S. Attorney
(718) 254-6020

c/m

cc:

| via certified mail return receipt | via certified mail return receipt |
|---|---|
| Marina Trubitsky, Esq. | Ms. Debbie Brashaw/ Legal Department |
| Marina Trubitsky & Associates, PLLC | Paralegal |
| Attorney for Plaintiffs | Lutheran Family Health Centers |
| 11 Broadway, Suite 861 | 150 55th Street |
| New York, New York 10004 | Brooklyn, New York 11220 |